UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21430-CIV-ALTONAGA/Goodman

ELISA M. KABELIS, as Personal
Representative of the Estate of
JOSEPH KABELIS,

    Plaintiff,

v.

NCL (BAHAMAS), LTD.,

    Defendant.
_____ /

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Elisa M. Kabelis's Unopposed Motion for Forty-Five (45) Day Extension of the Remaining Pre-Trial Deadlines [ECF No. 37], filed on December 22, 2020.  Plaintiff states she needs the extension to meet the Court's deadlines, citing delays caused by the parties' apparent inability to resolve discovery disputes without Magistrate Judge Goodman's intervention.  (*See generally* Mot.).  The Court, however, previously denied the parties' similar deadline extension request — because the parties unwisely delayed discovery until it was far too late to meet the Court's pre-trial deadlines.  (*See generally* Dec. 1, 2020 Order [ECF No. 35]).  Here, at least, a (small) part of the delay in completing discovery is attributed to the inability to timely resolve an outstanding discovery dispute.  For that reason, and that reason alone, it is

**ORDERED and ADJUDGED** that the Motion **[ECF No. 37]** is **GRANTED in part**.  The Court's Scheduling Order **[ECF No. 16]** remains in full force and effect with *only* the following deadlines extended:

    1.    **February 1, 2021**.  Parties exchange expert witness summaries or reports.

CASE NO. 20-21430-CIV-ALTONAGA/Goodman

2. **February 16, 2021**. Parties exchange rebuttal expert witness summaries or reports.

2. **March 1, 2021**. All discovery, including expert discovery, is completed.[1]

3. **March 16, 2021**. All pre-trial motions and *Daubert* motions (including motions to strike experts) filed. Each party is limited to one *Daubert* motion. Leave to exceed the 20-page limit will be granted, if necessary. ***Daubert* motions must contain the Local Rule 7.1(a)(3) certification**.

4. **April 13, 2021**. Parties file joint pre-trial stipulation, proposed jury instructions and verdict form — or proposed findings of fact and conclusions of law, as applicable — and motions *in limine* (other than *Daubert* motions). Each party is limited to one motion *in limine* which may exceed the page limits allowed by the Rules. **Motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**DONE AND ORDERED** in Miami, Florida, this 23rd day of December, 2020.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] The parties by agreement, or Magistrate Judge Goodman, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.