UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21430-CIV-ALTONAGA/Goodman

**ELISA M. KABELIS**, *as Personal Representative of the Estate of* **JOSEPH KABELIS**,

    Plaintiff,

v.

**NCL (BAHAMAS), LTD.**,

    Defendant.
_____ /

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Elisa M. Kabelis's Unopposed Motion for Thirty (30) Day Extension of the Remaining Pre-Trial Deadlines **[ECF No. 47]**, filed on January 21, 2020. Plaintiff states she needs this further extension to meet the Court's deadlines, citing delays caused by the parties' continued inability to resolve discovery disputes without Magistrate Judge Goodman's intervention. (*See generally* Mot.). This is the third such request. (*See* Mots. [ECF Nos. 34, 37]). Because the present request is predicated on Judge Goodman's ordered deadlines for certain discovery matters (*see* Mot. 2), it is

**ORDERED and ADJUDGED** that the Motion **[ECF No. 47]** is **GRANTED**. The Court's Scheduling Order **[ECF No. 16]** remains in full force and effect with *only* the following deadlines extended:

1.     **March 3, 2021**. Parties exchange expert witness summaries or reports.

2.     **March 18, 2021**. Parties exchange rebuttal expert witness summaries or reports.

CASE NO. 20-21430-CIV-ALTONAGA/Goodman

2. **March 31, 2021**. All discovery, including expert discovery, is completed.[1]

3. **April 15, 2021**. All pre-trial motions and *Daubert* motions (including motions to strike experts) filed. Each party is limited to one *Daubert* motion. Leave to exceed the 20-page limit will be granted, if necessary. ***Daubert* motions must contain the Local Rule 7.1(a)(3) certification**.

4. **May 13, 2021**. Parties file joint pre-trial stipulation, proposed jury instructions and verdict form — or proposed findings of fact and conclusions of law, as applicable — and motions *in limine* (other than *Daubert* motions). Each party is limited to one motion *in limine* which may exceed the page limits allowed by the Rules. **Motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**DONE AND ORDERED** in Miami, Florida, this 22nd day of January, 2021.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The parties by agreement, or Magistrate Judge Goodman, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.